HELEN LOUISE BUFFUM, *Appellant*, v. EDWARD STOKES, EMMA STOKES, D. M. PARTRICK and LALYCE D. BUFORD, a widow, *Appellee.*

Opinion filed February 26, 1931.

*Joseph E. Williams* and *Lorenzo T. Parker,* for Appellant;

*E. L. Bryan,* for Appellees.

*Edwin Brobston,* as Amicus Curiae.

988

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and decreed by the Court that the decree of the Court below dismissing the bill should be, and the same is hereby, reversed.

STRUM, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND BUFORD, J.J., concur.